UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC WALLACE | No. 1:24-cr-00118-JAW |

**FINAL ORDER OF FORFEITURE**

On March 26, 2025, the defendant, Eric Wallace, pleaded guilty to Count One of the Indictment charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and for which the United States sought forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

On March 26, 2025, the Court entered a Preliminary Order of Forfeiture ordering the defendant to forfeit to the United States any firearm or ammunition involved in or used in the knowing commission of the offense, including: a Smith and Wesson, model M&P 9C, 9mm pistol, bearing serial number DTV8906 ("the Property").

The Court found that the defendant had an interest in the Property, that the government had established the requisite nexus between such Property and the offense, and that the Property is subject to forfeiture.

Between March 29, 2025, and April 27, 2025, the United States caused notice to be published for thirty (30) consecutive days on the official government website [www.forfeiture.gov](www.forfeiture.gov), giving notice of its intent to seek forfeiture of the Property and to dispose of the Property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Property.

The time for third parties to petition the court has now expired and no timely claim or petition has been filed.

NOW THEREFORE, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Property is hereby FORFEITED to the United States to be disposed of according to law; and

IT IS FURTHER **ORDERED** that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED,

Dated: November 20, 2025

John A. Woodcock, Jr.
U.S. District Judge